No. 41564.—Protests 805443–G, etc., of Ashcraft Wilkinson Co. et al. (Boston, etc.).

Opinion by Evans, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 8, 1939

No. 41565.—Protests 957510–G/88024, etc., of Harry Goldman (Chicago).

Opinion by Sullivan, J.   It appeared that a replica of a monkey accompanied the music box or hurdy gurdy of which the articles in controversy are parts and it was found from an inspection of the completed article that a small child would be very much amused by it.   As the article has all the earmarks of a toy the protests were overruled.

BEFORE THE SECOND DIVISION, JUNE 8, 1939

No. 41566.—Protest 277402–G of A. I. Namm & Son (New York).

Opinion by Tilson, J.   It was found from the record that certain items consist of flouncings, insertings, trimmings, allovers, ornaments, and galloons, embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41567.—Protests 35238–G, etc., of D. Lisner & Co. (New York).

Opinion by Tilson, J.   Normandy laces similar to those involved in United States v. Amrein Freudenberg (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 41568.—Protest 779106–G of A. W. Fenton Co. (Cleveland).

Opinion by Tilson, J.   On the record presented the protest was overruled.

No. 41569.—Protest 967260–G of L. Bamberger & Co. (New York).

Opinion by Tilson, J.   Artificial flowers similar to those involved in Robinson-Goodman v. United States (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.   Normandy laces were held dutiable at 75 percent under paragraph 1430 on the authority of United States v. Amrein Freudenberg (26 C. C. P. A. 353, C. A. D. 40).